IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL HILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA | : | |
| POLICE OFFICER SEABRON | : | NO. 11-1840 |

# ORDER

**L. Felipe Restrepo**                                                            **March 1, 2012**
**United States Magistrate Judge**

      AND NOW, this 1st day of March, 2012, upon consideration of the evidence presented at the bench trial held before this Court, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that **JUDGEMENT** shall be entered in favor of Defendant Police Officer Seabron and against Plaintiff Daniel Hill.

                                                          By the Court:


                                                          /s/ L. Felipe Restrepo
                                                          L. Felipe Restrepo
                                                          United States Magistrate Judge